**Dismissed and Opinion Filed April 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01108-CV

## IN THE INTEREST OF M.E.L., A CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-19-12955

## MEMORANDUM OPINION
Before Justices Bridges, Pedersen, III, and Evans
Opinion by Justice Evans

Appellant's brief is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by March 6, 2020. By postcard dated March 11, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David Evans/
DAVID EVANS
JUSTICE

191108F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.E.L., A CHILD

No. 05-19-01108-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-12955. Opinion delivered by Justice Evans. Justices Bridges and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees recover their costs of this appeal, if any, from appellant.

Judgment entered April 29, 2020